UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SPECTRONIX LTD., CIVIL NO. 01-1255 (DSD/JMM)

Plaintiff,

v. ORDER

DETECTOR ELECTRONICS CORPORATION,

Defendant.

This matter is before the Court upon the Parties' Stipulated Motion to Amend the Pretrial Scheduling Order dated March 1, 2002, asking the Court to extend the time for making Motions seeking claim interpretation under Markman v. Westview Instruments, Inc., 517 U.S. 370 (1996) from March 1, 2002 "until discovery is complete to the satisfaction of the parties or until the close of discovery in this matter."

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDER that the Parties' Stipulated Motion to Amend the Pretrial Scheduling Order dated March 1, 2002 is denied without prejudice.

Dated: March 4, 2002

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

The Order fixing the March 1, 2002 date for presenting Markman motions was entered on September 17, 2001. The Stipulated Motion to extend is presented on the

FILED MAR - 5 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

date that the activity was required to take place, and does not specify a reason why the Motion was not made at an earlier date, and it offers no specific date by which it is expected that the parties will be prepared to present Markman motions.

J.M.M.