UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SPECTRONIX LTD.,

Plaintiff,

v.

DETECTOR ELECTRONICS CORPORATION,

Defendant.

CIVIL NO. 01-1255 (DSD/JMM)

ORDER

The above matter came on before the undersigned upon the Parties' Stipulated Motion to Amend the Pretrial Scheduling Order.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Parties' Stipulated Motion to Amend the Pretrial Scheduling Order is granted. The following schedule shall govern the presentation of Markman motions:

1. **March 27, 2002** - All motions shall be delivered to opposing counsel, together with Memoranda and supporting Affidavits. Each party shall also submit with its Motion a proposed Order which specifies relevant claim language from its asserted patent(s), and the proper meaning of each word or phrase identified. See also Local Rule 7.1(b)(2)(A). The Parties shall also call the Calendar Clerk to schedule a hearing on the motions.

2. **April 11, 2002** - Responsive Memoranda shall be delivered to opposing counsel. Each party shall also submit a proposed Order which responds to the claim construction proposed by the opposing party, and propose its own claim construction

FILED MAR 14 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

for the opposing party's asserted patent(s), if different. See also Local Rule 7.1(b)(2)(B).

3. **April 22, 2002** - Reply Memoranda shall be delivered, and all pleadings shall be filed with the Clerk of Court. See Local Rule 7.1(b)(2)(C) and (D).

Dated: March 14, 2002

JOHN M. MASON
United States Magistrate Judge