IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Spectronix Ltd., an Israeli corporation, Plaintiff, v. Detector Electronics, a Minnesota corporation, Defendant. | Civil Action No. 01-CV-1255 DSD/JMM |

## ~~PROPOSED~~ ORDER RESETTING MARKMAN BRIEFING SCHEDULE

Based on the Joint Motion of the Parties in the above-captioned matter, the Court's Order of March 14, 2002, is modified so that the briefing schedule is as follows:

1. April 10, 2002 - for delivery of all motions, primary memoranda and supporting affidavits;

2. May 1, 2002 - for responsive memoranda and supporting affidavits; and

3. May 8, 2002 - for reply memoranda and filing of all pleadings with the Clerk of Court.

It is so ORDERED this 26 day of March, 2002.

John M. Mason
United States Magistrate Judge

FILED MAR 26 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______