IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Spectronix Ltd., an Israeli corporation, Plaintiff, v. Detector Electronics, a Minnesota corporation, Defendant. | Civil Action No. 01-CV-1255 DSD/JMM |

**ORDER RESETTING MARKMAN BRIEFING SCHEDULE**

Based on the request of Defendant's counsel, with the consent of Plaintiff's counsel as long as the hearing date did not change, the Court's Order of March 26, 2002, is modified as follows:

1. April 15, 2002 - for delivery of all motions, primary memoranda and supporting affidavits;

2. May 6, 2002 - for responsive memoranda and supporting affidavits;

3. May 13, 2002 - for reply memoranda and filing of all pleadings with the Clerk of Court; and

4. May 24, 2002 - for Hearing on markman motions.

It is so ORDERED this 10th day of April, 2002.

David S. Doty
United States District Judge

FILED APR 10 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK