UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SPECTRONIX LTD., CIVIL NO. 01-1255 (DSD/JMM)

Plaintiff,

v. **AMENDED** ORDER

DETECTOR ELECTRONICS,

Defendant.

The above matter came on for hearing before the undersigned on April 15, 2002 upon Plaintiff's Motion to Compel Discovery Responses of Defendant [Docket No. 22]. Scott G. Ulbrich, Esq. appeared on behalf of Plaintiff; Paul E. Lacey, Esq. appeared on behalf of Defendant.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion [Docket No. 22] **is granted as to** Interrogatories Nos. 14, 30, 32, 40, 51, 53, 54, 59, 60, 62, 63 and 66. Defendant shall respond to said Interrogatories not later than April 28, 2002.

2. As to Interrogatories No. 14, 38, 42 and 48, Defendant shall "specify the records from which the answer[s] may be derived or ascertained . . . in sufficient detail to permit the interrogating party to locate and to identify, as readily as can the party served, the records from which the answer may be ascertained." See Fed. R. Civ. P. 33(d).

3. Plaintiff's Motion to Compel the Defendant's Responses to Document

FILED APR 19 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Requests **24, 54, 59, and 63** is granted. Defendant shall respond to said Document Requests not later than April 28, 2002

4. Plaintiff's Motion to Compel Defendant's production of a Privilege Log is granted, and Defendant shall submit a comprehensive Privilege Log not later than April 28, 2002, that "describes the nature of the documents, communications, or things not produced or disclosed in a manner that, without revealing information itself privileged or protected, will enable other parties to assess the applicability of the privilege or protection" claimed. See Fed. R. Civ. P. 26(b)(5).

5. Insofar as this Order does not compel answers to Interrogatories or production of documents, Plaintiff's motion is denied without prejudice to the submission of additional Document Requests or Interrogatories more narrowly tailored to obtain the required information.

Dated: April 18, 2002

JOHN M. MASON
United States Magistrate Judge

**MEMORANDUM**

As to Interrogatory No. 14, it appears that any answer provided by Defendant would be in the negative. If so, Interrogatory No. 14 requires no further response.