UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SPECTRONIX LTD.,

Plaintiff,

v.

DETECTOR ELECTRONICS,

Defendant.

CIVIL NO. 01-1255 (DSD/JMM)

NOTICE OF HEARING/ORDER FOR PRETRIAL AND SETTLEMENT CONFERENCE

PLEASE TAKE NOTICE that oral argument on Plaintiff's Motion for Protective Order and Plaintiff's Motion for Sanctions will be heard before the undersigned on June 10, 2002 at 9:30 a.m. in Courtroom 628B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota.

A pretrial and settlement conference will also be held in the above-referenced matter on June 10, 2002 at 9:30 a.m. Counsel who will actually try the case shall be present. Each party shall also be present. A duly authorized officer or managing agent of each party shall be present. If an insurance company is involved, the responsible agent must be present. See 28 U.S.C. § 473(b)(5); Rule 16(c) of the Federal Rules of Civil Procedure; and Local Rule 16.1(c). Availability by telephone is not acceptable. Each party present shall have full settlement discretion, including the unlimited power to change that party's settlement posture during the course of the conference.

Trial counsel shall meet in person with one another on or before May 31, 2002 to seek to achieve an agreement to resolve this dispute. If complete agreement is not reached, each attorney shall deliver to chambers on or before June 3, 2002, a letter which shall include (1) a concise analysis of each remaining liability issue, with citations to relevant authority; (2) a reasoned, itemized computation of each element of the alleged damages, with a concise summary of the testimony of each witness who will testify in support of the damage computations; and (3) a statement of the parties' respective settlement positions at the conclusion of the meeting, as well as any additional information believed to be helpful to the process of reaching agreement. This letter is for the Court's use only and should not be served on opposing counsel.

Dated: May 20, 2002

JOHN M. MASON
United States Magistrate Judge

FILED MAY 21 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______