**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Spectronix Ltd.,**
**an Israeli corporation,**

**Plaintiff,**

**v.**

**Detector Electronics,**
**a Minnesota corporation,**

**Defendant.**

**Civil No. 01-1255 (DSD/SRN)**

**ORDER**

---

This matter was heard upon Plaintiff's Motion To Amend Its Reply To Defendant's Counterclaims [Docket No. 70] on July 10, 2002. Defendant did not oppose the motion. Based upon the motion papers submitted, the arguments of counsel at the hearing and the files, records and proceedings herein,

**IT IS HEREBY ORDERED:**

1. Plaintiff's Motion To Amend Its October 15, 2001 Reply To Defendant's Counterclaims to add the additional affirmative defense of inequitable conduct is **GRANTED**.

Dated: July 11, 2002

SUSAN RICHARD NELSON
United States Magistrate Judge

JUL 1 1 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK