UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Spectronix Ltd.,**
**an Israeli corporation,**

**Plaintiff,**

**v.**

**Detector Electronics,**
**a Minnesota corporation,**

**Defendant.**

**Civil No. 01-1255 (DSD/SRN)**

**ORDER**

---

This matter is before the Court on Detector's Motion To Add Spectrex Inc. As A Counter-Claim Defendant [Docket No. 73]. Having considered all the submissions and arguments, it is hereby ordered that the motion is GRANTED.

Accordingly, the Court hereby grants Defendant's motion [Docket No. 73] and orders that Spectrex Inc. be added as a named counter-claim defendant in this matter.

Dated: July 11, 2002

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

JUL 1 1 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK