UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1255(DSD/SRN)

Spectronix Ltd., an Israeli corporation,

Plaintiff,

v. **ORDER**

Detector Electronics Corporation, suing as Detector Electronics, a Minnesota corporation,

Defendant.

-----------------------------------

Detector Electronics Corporation,

Counterclaimant,

v.

Spectronix, Ltd. and Spectrex, Inc., a New Jersey corporation,

Counterdefendant.

This matter is before the upon Spectrex, Inc.'s motion for an extension of time in which to answer Detector Electronic's complaint. After a review of the file, record and proceedings herein, the court grants Spectrex Inc.'s motion for an extension of time. Accordingly, **IT IS HEREBY ORDERED** that, unless Spectrex is

FILED 8-22-02
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

dismissed from the action, Spectrex shall file its answer 10 days after the court's ruling on Spectrex's motion to dismiss. See Fed. R. Civ. P. 12(a)(4)(A).

Dated: August 21, 2002

David S. Doty, Judge
United States District Court