UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1255(DSD/SRN)

Spectronix Ltd., an Israeli corporation,

Plaintiff,

v. **ORDER**

Detector Electronics Corporation, suing as Detector Electronics, a Minnesota corporation,

Defendant.

---

Detector Electronics Corporation,

Counterclaimant,

v.

Spectronix, Ltd. and Spectrex, Inc., a New Jersey corporation,

Counterdefendant.

This matter is before the court upon plaintiff Spectronix, Ltd.'s appeal of Magistrate Judge Susan Nelson's July 11, 2002, order adding Spectrix, Inc. as a named counterclaim defendant [Doc. No. 89]. Based on a review of the record herein, the court finds that Magistrate Judge Nelson's order is neither clearly erroneous nor contrary to law. 28 U.S.C. 636(b)(1)(A); Fed. R. Civ. P. 72(a); D. Minn. LR 72.1(b)(2).

FILED 8-22-02
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Accordingly, **IT IS HEREBY ORDERED** that the order of the United States Magistrate Judge dated July 11, 2002, is affirmed in all respects.

Dated: August 21, 2002

David S. Doty, Judge
United States District Court