# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Spectronix, Ltd.,
an Israeli corporation

Case No. Civil 01-1255 DSD/SRN

v.

**JUDGMENT IN A CIVIL CASE**

Detector Electronics,
a Minnesota corporation

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

1. Based upon the Court's claim construction of U.S. Patent No. 5,373,159, as set forth in the Court's Order of 8/5/02, defendant's accused devices, the X3300 and X3301 flame detectors, do no infringe any claim of US Patent No. 5,373,159 and Plaintiff's Motion for judgment of non-infringement is granted.

DATE: September 16, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery, Deputy Clerk