ORIGINAL

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Spectronix Ltd.,
an Israeli corporation,

Plaintiff,

v.

Detector Electronics,
a Minnesota corporation,

Defendant,

Civil Action No. 01-CV-1255 DSD/SRN

## ~~[PROPOSED]~~ AMENDED ORDER

Based upon the Court's Order dated August 2, 2002 and Plaintiff's motion to enter judgment, this Court's Order dated August 20, 2002 is hereby amended as follows:

1. Based upon the Court's claim construction of U.S. Patent No. 5,373,159, as set forth in the Court's Order of August 5, 2002, Defendant's accused devices, the X3300 and X3301 flame detectors, do not infringe any claim of United States Patent 5,373,159.

2. Plaintiff's Motion for Judgment of Non Infringement is granted.

3. This Court enters final judgment of Plaintiff Spectronix, Ltd.'s patent infringement claim against Detector Electronics. This Court finds that pursuant to Rule 54(b) there is no just reason for delay in entry of final judgment on Spectronix Ltd.'s claim. Resolution of the forthcoming appeal to the United States Court of Appeals for the Federal Circuit may well advance the final resolution of this case including Detector Electronics' counterclaims.

FILED 11-18-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 11-18-02
DEPUTY CLERK

Dated: 11/18/02

BY THE COURT:

David S. Doty
United States District Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.