# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Spectronix, Ltd.

Case No. Civil 01-1255 DSD/SRN

v.

**JUDGMENT IN A CIVIL CASE**

Detector Electronics,
a Minnesota corporation

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

1. Based upon the Court's claim construction of US Patent No 5,373,159, as set forth in the Court's order of 8/5/02, Defendant's accused devices, the X3300 and X3301 flame detectors ,do not infringe any claim of US Patent 5,373,159.
2. Plaintiff's motion for judgment of non Infringement is granted.
3. This court enters final judgment of Plaintiff 's patent infringement claims against Defendant.

DATE: November 18, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery, Deputy Clerk