IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Spectronix Ltd., an Israeli corporation, Plaintiff, v. Detector Electronics, a Minnesota corporation, Defendant, | Civil Action No. 01-CV-1255 DSD/SRN |
| Detector Electronics, a Minnesota corporation, Counterclaim Plaintiff, v. Spectronix Ltd., an Israeli corporation and Spectrex, Inc., a New Jersey corporation, Counterclaim Defendants. | |

~~[PROPOSED]~~ ORDER

Based upon the joint motion of the parties, IT IS HEREBY ORDERED:

1. All proceedings on Detector Electronics' counterclaims against Spectronix Ltd., and Spectrex, Inc. are hereby stayed pending final decision by the United States Court of Appeals for the Federal Circuit on Spectronix Ltd.'s appeal of this Court's Amended Order entering final judgment of non-infringement of U.S. Patent 5,373,159.

FILED 12-4-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D ______
DEPUTY CLERK ______

2. This stay is applicable to all proceedings relating to Detector Electronics' counterclaims including, but not limited to, proceedings on Spectrex, Inc.'s motion to dismiss for lack of personal jurisdiction and improper venue.

3. Spectronix, Ltd. shall advise the Court of the final decision of the United States Court of Appeals for the Federal Circuit on Spectronix appeal within ten (10) days of the appellate court's mandate.

Dated: 12/4/02

BY THE COURT:

David S. Doty
United States District Judge