ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Spectronix Ltd.,
an Israeli corporation,

Civil Action No. 01-CV-1255 DSD/SRN

Plaintiff,

vs.

Detector Electronics,
a Minnesota corporation,

Defendant.

---

**PROPOSED ORDER**

Based upon the joint motions of the parties to enter final judgment of non-infringement, IT IS HEREBY ORDERED:

1. All proceedings relating to all issues raised in Plaintiff Spectronix's Complaint, and Plaintiff's Reply to Defendant's Answer, are hereby stayed pending a final decision by the United States Court of Appeals for the Federal Circuit of this Court's Amended Order of November 18, 2002 entering final judgment of non-infringement of U.S. Patent No. 5,373,159.

2. Plaintiff shall advise the Court of the final decision of the United Stated Court of Appeals for the Federal Circuit on its appeal within ten (10) days of the appellate court's decision.

BY THE COURT:

Dated: 12/20/02

David S. Doty
United States District Judge

FILED 12-20-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________