NOTE: Pursuant to Fed. Cir. R. 47.6, this disposition Is not citable as precedent. It is a public record. This disposition will appear in tables published periodically.

# United States Court of Appeals for the Federal Circuit

03-1178

SPECTRONIX LTD.,

Plaintiff/Counterclaim Defendant-Appellant,

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
AUG - 6 2003
JAN HORBALY
CLERK

and

SPECTREX, INC.,

Counterclaim Defendant,

v.

DETECTOR ELECTRONICS,

Defendant/Counterclaimant-Appellee.

## *JUDGMENT*

**ON APPEAL from the** UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**In CASE NO(S).** 01-CV-1255 DSD/SRN

**This CAUSE having been heard and considered, it is**

**ORDERED and ADJUDGED:**

PER CURIAM (LOURIE, CLEVENGER, and PROST, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

FILED 09.02.03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: Date: 8/28/03

***ENTERED BY ORDER OF THE COURT***

AUG - 6 2003
DATE

124

Jan Horbaly
CLERK OF COURT

ISSUED AS A MANDATE: AUGUST 27, 2003